**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAUREN WOLF,<br><br>Plaintiff,<br><br>v.<br><br>HAND & STONE FRANCHISE LLC, et. al.,<br><br>Defendants. | CASE NO. 2:25-CV-05964-JHS<br><br>JUDGE JOEL H. SLOMSKY |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Hand & Stone Franchise LLC and Hand & Stone Franchise Corp. (collectively "**Hand & Stone**") respectfully request that the Court enter an order dismissing Plaintiff Lauren Wolf's Class Action Complaint (Dkt. 1) in its entirety for lack of Article III standing and failure to state a claim upon which relief can be granted. The Complaint is built on an underlying HIPAA violation theory which is, in turn, built on invalidated and unlawful federal regulatory guidance. From this faulty allegation, Plaintiff seeks to recover for supposed health information that Hand & Stone allegedly shared with various internet marketing companies when she visited Hand & Stone's website, in violation of various federal and Pennsylvania statutes and certain common-law torts.

As Hand & Stones demonstrates in the attached Memorandum of Points and Authorities, the allegedly shared information was a far cry from health information. Only Plaintiff's reliance on illegal regulatory guidance could support such a finding. But without it, Plaintiff's information is no different from the data routinely captured by cookies, pixels, and other tracking technologies every day on nearly every website on the internet. But without authority that might transform URLs into health information, Plaintiff fails to plead any harm sufficient to confer Article III

standing. This shortcoming (along with many other defects) is likewise fatal to the sufficient pleading of Plaintiff's individual claims.

Accordingly, Hand & Stone respectfully requests that the Court dismiss Plaintiff's Complaint in its entirety for lack of Article III standing under Rule 12(b)(1) and for failure to state a claim under Rule 12(b)(6).

Dated: December 12, 2025

Respectfully submitted,

*/s/ Noelle Torrice*

Noelle Torrice (PA Bar ID No. 317928)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: ntorrice@beneschlaw.com

David M. Krueger (*pro hac vice* forthcoming)
David M. Walters (*pro hac vice* forthcoming)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com
dwalters@beneschlaw.com

Mark S. Eisen (*pro hac vice* forthcoming)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 412.767.9192
Email: meisen@beneschlaw.com

*Attorneys for Defendants Hand & Stone Franchise LLC and Hand & Stone Franchise Corp.*

**CERTIFICATION OF SERVICE**

The undersigned certifies that the foregoing *Defendants' Motion to Dismiss Plaintiff's Class Action Complaint* was electronically filed with the Court's ECF filing system on December 12, 2025, and served by virtue of the same on the following:

Steven A. Schwartz (PA Bar ID No. 50579)
Beena M. McDonald (PA Bar ID No. 83315)
Alex M. Kashurba (PA Bar ID No. 319003)
Marissa N. Pembroke (PA Bar ID No. 330494)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue Haverford,
Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bmm@chimicles.com
amk@chimicles.com
mnp@chimicles.com

Nicholas A. Migliaccio*
Jason S. Rathod*
Bryan G. Faubus*
Zachary O. Chambers*
**MIGLIACCIO & RATHOD, LLP**
412 H Street NE, Suite 302
Washington, D.C. 20002
Telephone: 202.470.3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
bfaubus@classlawdc.com
zchambers@classlawdc.com
* *pro hac vice anticipated*

*Attorneys for Plaintiff & the Putative Class*

*/s/ Noelle B. Torrice*
Noelle B. Torrice
*One of the Attorneys for Defendants*