IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN WOLF, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAND & STONE FRANCHISE LLC and HAND & STONE FRANCHISE CORP.,<br><br>Defendants. | CIVIL ACTION<br>NO. 25-5964 |

**ORDER**

**AND NOW**, this 13th day of January 2026, upon consideration of Defendants Hand & Stone Franchise LLC and Hand & Stone Franchise Corp.'s Motion to Dismiss the Complaint (Doc. No. 11) and Plaintiff's filing of an Amended Complaint (Doc. No. 12), it is **ORDERED** that Defendants Hand & Stone Franchise LLC and Hand & Stone Franchise Corp.'s Motion to Dismiss the Complaint (Doc. No. 11) is **DENIED WITHOUT PREJUDICE AS MOOT**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.