**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAUREN WOLF,<br><br>Plaintiff,<br><br>v.<br><br>HAND and STONE FRANCHISE LLC, et. al.,<br><br>Defendants. | CASE NO. 2:25-CV-05964-JHS<br><br>JUDGE JOEL H. SLOMSKY |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Hand and Stone Franchise LLC and Hand and Stone Franchise Corp. (collectively "**Hand and Stone**") respectfully request that the Court enter an order dismissing Plaintiff Lauren Wolf's First Amended Class Action Complaint (Dkt. 12) (the "FAC") in its entirety for lack of Article III standing and failure to state a claim upon which relief can be granted. The FAC raises multiple claims, each built on the underlying theory that Hand and Stone allegedly violated HIPAA by using cookies and other data gathering tools on its website. This theory falls short. Plaintiff fails to adequately plead that HIPAA applies to Hand and Stone and that, even if it did, any violation has occurred. As a result, Plaintiff fails to allege a cognizable harm sufficient to confer Article III standing and fails to state any claim upon which relief can be granted. Hand and Stone addresses each of these continuing deficiencies in the attached Memorandum of Points and Authorities

Accordingly, Hand and Stone respectfully requests that the Court dismiss Plaintiff's Complaint in its entirety for lack of Article III standing under Rule 12(b)(1) and for failure to state a claim under Rule 12(b)(6).

Dated: February 6, 2026

Respectfully submitted,

*/s/ Noelle Torrice*

Noelle Torrice (PA Bar ID No. 317928)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: ntorrice@beneschlaw.com

David M. Krueger (*pro hac vice* forthcoming)
David M. Walters (*pro hac vice* forthcoming)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com
dwalters@beneschlaw.com

Mark S. Eisen (*pro hac vice* forthcoming)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 412.767.9192
Email: meisen@beneschlaw.com

*Attorneys for Defendants Hand and Stone Franchise LLC and Hand and Stone Franchise Corp.*

# CERTIFICATION OF SERVICE

The undersigned certifies that the foregoing *Defendants' Motion to Dismiss Plaintiff's First Amended Class Action Complaint* was electronically filed with the Court's ECF filing system on February 6, 2026, and served by virtue of the same on the following:

Steven A. Schwartz (PA Bar ID No. 50579)
Beena M. McDonald (PA Bar ID No. 83315)
Alex M. Kashurba (PA Bar ID No. 319003)
Marissa N. Pembroke (PA Bar ID No. 330494)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue Haverford,
Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bmm@chimicles.com
amk@chimicles.com
mnp@chimicles.com

Nicholas A. Migliaccio*
Jason S. Rathod*
Bryan G. Faubus*
Zachary O. Chambers*
**MIGLIACCIO & RATHOD, LLP**
412 H Street NE, Suite 302
Washington, D.C. 20002
Telephone: 202.470.3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
bfaubus@classlawdc.com
zchambers@classlawdc.com
* *pro hac vice anticipated*

*Attorneys for Plaintiff & the Putative Class*

*/s/ Noelle B. Torrice*
Noelle B. Torrice
*One of the Attorneys for Defendants*