**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LAUREN WOLF, on behalf of herself and on
behalf of all others similarly situated,

      Plaintiff,

     v.

HAND & STONE FRANCHISE LLC and
HAND & STONE FRANCHISE CORP.,

      Defendants.

Case No. 25-cv-05964

Judge Joel H. Slomsky

## PARTIES' STIPULATION TO EXTEND BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 12(a), Local Rules of Civil Procedure 7.1 and 7.4, and the Court's Scheduling and Motion Policies and Procedures, Plaintiff Lauren Wolf ("Plaintiff") and Defendants Hand & Stone Franchise LLC and Hand & Stone Franchise Corp. (collectively, "Defendants") (altogether, the "Parties"), respectfully submit this Stipulation to Extend Briefing Schedule. In support thereof, the Parties state as follows:

1. This Action was initiated on October 17, 2025. (Dkt. 1.)

2. Defendants were served on October 21, 2025, and the responsive pleading deadline was initially November 12, 2025. (Dkt. 5.)

3. The Parties filed their Stipulation to Extend Responsive Pleading and Set a Briefing Schedule (Dkt. 9) which extended Defendants' responsive pleading deadline by 30 days through and including December 12, 2025, and set Plaintiff's response deadline as January 12, 2026 and the deadline for Defendants' reply in support as January 26, 2026.

4. Defendants timely filed a Motion to Dismiss (Dkt. 11) on December 12, 2025.

5. In response to Defendants' Motion to Dismiss, Plaintiff amended her Complaint, timely filing the First Amended Complaint (Dkt. 12) on January 12, 2026.

1

6.      On January 23, 2026, the Parties stipulated to an extended responsive pleading deadline and briefing schedule as to the question of dismissal of the First Amended Complaint (Dkt. 14), allowing Defendants until February 6, 2026 to respond to the First Amended Complaint.

7.      Defendants filed a Motion to Dismiss the First Amended Complaint on February 6, 2026 (Dkt. 15), and Plaintiff filed an Opposition to the same on March 2, 2026.

8.      On March 11, 2026, the Parties conferred to discuss Plaintiff's claims, Defendants' Motion, and potential resolution of the matter. To avoid potentially unnecessary briefing, conserve resources, and allow the Parties to focus their efforts on conferral and potential resolution, Plaintiff stipulated that Defendants may have an additional ten (10) days, until March 23, 2026, to file a Reply in support of their Motion to Dismiss.

As "no stipulation between the parties relating to extension of time shall be effective until approved by the Court" (L.R. 7.4), the Parties respectfully request the Court grant its approval of this Stipulation.

March 11, 2026                                          Respectfully submitted,

*/s/ Beena M. McDonald*                                 */s/ Noelle Torrice*
Steven A. Schwartz (PA Bar ID No. 50579)               Noelle Torrice (PA Bar ID No. 317928)
Beena M. McDonald (PA Bar ID No. 83315)                **BENESCH, FRIEDLANDER, COPLAN &**
Alex M. Kashurba (PA Bar ID No. 319003)                **ARONOFF LLP**
Marissa N. Pembroke (PA Bar ID No. 330494)             1313 N Market Street, Suite 1201
**CHIMICLES SCHWARTZ KRINER &**                         Wilmington, DE 19801
**DONALDSON-SMITH LLP**                                 Telephone: (302) 442-7010
361 West Lancaster Avenue Haverford,                   Facsimile: (302) 442-7012
Pennsylvania 19041                                     Email: ntorrice@beneschlaw.com
Telephone: (610) 642-8500
Facsimile: (610) 649-3633                              David M. Krueger (*pro hac vice* forthcoming)
sas@chimicles.com                                      David M. Walters (*pro hac vice* forthcoming)
bmm@chimicles.com                                      **BENESCH, FRIEDLANDER, COPLAN &**
amk@chimicles.com                                      **ARONOFF LLP**
mnp@chimicles.com                                      127 Public Square, Suite 4900
                                                       Cleveland, Ohio 44114
**MIGLIACCIO & RATHOD, LLP**                            Telephone: 216.363.4500
Nicholas A. Migliaccio*                                Facsimile: 216.363.4588

2

Jason S. Rathod*
Bryan G. Faubus*
Zachary O. Chambers*
Tel: 202.470.3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
bfaubus@classlawdc.com
zchambers@classlawdc.com
* *pro hac vice anticipated*

*Attorneys for Plaintiff & the Putative Class*

Email: dkrueger@beneschlaw.com
        dwalters@beneschlaw.com

Mark S. Eisen (*pro hac vice* forthcoming)
**BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 412.767.9192
Email: meisen@beneschlaw.com

*Attorneys for Defendants Hand & Stone
Franchise LLC and Hand & Stone Franchise
Corp.*

Date: March 16, 2026

**APPROVED**

BY THE COURT

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.

3

28389631