**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAUREN WOLF,<br><br>Plaintiff,<br><br>v.<br><br>HAND and STONE FRANCHISE LLC, et. al.,<br><br>Defendants. | CASE NO. 2:25-CV-05964-JHS<br><br>JUDGE JOEL H. SLOMSKY |

**DEFENDANTS' NOTICE OF FILING EXTENDED**
**REPLY BRIEF AND WITHDRAWAL OF DOCKET ITEM 28**

Pursuant to the Court's March 26, 2026 Order granting Defendants' Motion for Leave to File Excess Pages, (Dkt. 29), Defendants Hand and Stone Franchise LLC and Hand and Stone Franchise Corp. (collectively "**Hand and Stone**") respectfully submit this Notice of Filing and the attached Extended Reply in Support of Motion to Dismiss Plaintiff's First Amended Class Action Complaint.

On March 19, 2026, Hand and Stone filed its Motion for Leave to file Excess Pages, (Dkt. 27), as to its forthcoming reply in support of its Motion to Dismiss, requesting leave to file five additional pages of briefing over the Court's ten-page limit. In order to comply with the operative deadline and Section IV.B of the Court's Scheduling and Motion Policies and Procedures, Hand and Stone filed a ten-page version of its Reply on March 23, 2026, (Dkt. 28). The Court granted Hand and Stone's Motion for Leave to File Excess Pages on March 26, 2026.

Accordingly, Hand and Stone respectfully withdraws the ten-page version of its Reply, (Dkt. 28), and submits the attached Extended Reply in Support of Motion to Dismiss Plaintiff's First Amended Class Action Complaint as its replacement.

Dated: April 1, 2026

Respectfully submitted,

*/s/ Noelle Torrice*
Noelle Torrice (PA Bar ID No. 317928)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1313 N Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: ntorrice@beneschlaw.com

David M. Krueger (admitted *pro hac vice*)
David M. Walters (admitted *pro hac vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com
dwalters@beneschlaw.com

Mark S. Eisen (admitted *pro hac vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 412.767.9192
Email: meisen@beneschlaw.com

*Attorneys for Defendants Hand and Stone Franchise LLC and Hand and Stone Franchise Corp.*

## CERTIFICATION OF SERVICE

The undersigned certifies that the foregoing *Notice of Filing Extended Reply Brief and Withdrawal of Docket Item 28* was electronically filed with the Court's ECF filing system on April 1, 2026, and served by virtue of the same on the following:

Steven A. Schwartz (PA Bar ID No. 50579)
Beena M. McDonald (PA Bar ID No. 83315)
Alex M. Kashurba (PA Bar ID No. 319003)
Marissa N. Pembroke (PA Bar ID No. 330494)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue Haverford,
Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bmm@chimicles.com
amk@chimicles.com
mnp@chimicles.com

Nicholas A. Migliaccio*
Jason S. Rathod (admitted *pro hac vice*)
Bryan G. Faubus*
Zachary O. Chambers*
**MIGLIACCIO & RATHOD, LLP**
412 H Street NE, Suite 302
Washington, D.C. 20002
Telephone: 202.470.3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
bfaubus@classlawdc.com
zchambers@classlawdc.com
* *pro hac vice anticipated*

*Attorneys for Plaintiff & the Putative Class*

*/s/ Noelle Torrice*
Noelle Torrice
*One of the Attorneys for Defendants*