**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAUREN WOLF, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAND & STONE FRANCHISE LLC and HAND & STONE FRANCHISE CORP.,<br><br>Defendants. | Case No. 25-cv-05964<br><br>Judge Joel H. Slomsky |

**PARTIES' JOINT NOTICE OF RESOLUTION AND REQUEST TO VACATE**

Plaintiff Lauren Wolf ("Plaintiff") and Defendants Hand & Stone Franchise LLC and Hand & Stone Franchise Corp. (collectively, "Defendants") (altogether, the "Parties"), respectfully submit this notice to inform the Court that the Parties have privately resolved this dispute. Therefore, the Parties respectfully request that all scheduled hearings and any other case management order dates in this matter, including the upcoming May 1, 2026 hearing on Defendants' Motion to Dismiss the First Amended Complaint, be vacated pending the forthcoming filing of a formal notice of dismissal.

April 29, 2026

*/s/ Jason S. Rathod*
Steven A. Schwartz (PA Bar ID No. 50579)
Beena M. McDonald (PA Bar ID No. 83315)
Alex M. Kashurba (PA Bar ID No. 319003)
Marissa N. Pembroke (PA Bar ID No. 330494)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com

Respectfully submitted,

*/s/ Noelle Torrice*
Noelle Torrice (PA Bar ID No. 317928)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1313 N Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: ntorrice@beneschlaw.com

David M. Krueger (*pro hac vice*)
David M. Walters (*pro hac vice*)

bmm@chimicles.com
amk@chimicles.com
mnp@chimicles.com

**MIGLIACCIO & RATHOD, LLP**
Nicholas A. Migliaccio*
Jason S. Rathod*
Bryan G. Faubus*
Zachary O. Chambers*
Tel: 202.470.3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
bfaubus@classlawdc.com
zchambers@classlawdc.com
* *pro hac vice anticipated*

*Attorneys for Plaintiff & the Putative Class*

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com
dwalters@beneschlaw.com

Mark S. Eisen (*pro hac vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 412.767.9192
Email: meisen@beneschlaw.com

*Attorneys for Defendants Hand & Stone Franchise LLC and Hand & Stone Franchise Corp.*