IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN WOLF, on behalf of herself and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>HAND & STONE FRANCHISE LLC and HAND & STONE FRANCHISE CORP.,<br>Defendants. | CIVIL ACTION<br>NO. 25-5964 |

**ORDER**

**AND NOW** this 30th day of April, upon consideration of the Parties' Joint Notice of Resolution and Request to Vacate (Doc. No. 32), it is **ORDERED** as follows:

1. The Motion to Dismiss Hearing currently scheduled for May 1, 2026 is **CANCELED**.
2. Defendants' Motion to Dismiss (Doc. No. 15) is **DENIED AS MOOT**.

BY THE COURT:
/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.